# 908    CASES REPORTED WITH BRIEF SYLLABI.

INC., Employer, and CASUALTY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PHILIP LEFEVRE, Respondent, for Benefits under the Workmen's Compensation Law, v. FLINN-O'ROURKE COMPANY, INC., Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE WORKMEN'S COMPENSATION COMMISSION, Respondent. In the Matter of the Claim of ELIZABETH W. CHASE, Mother, and JESSIE RAMSAY, Grandmother, Respondents, for Compensation under the Workmen's Compensation Law, for the Death of LESLIE R. CHASE, v. FAIRBANKS-MORSE AND COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurer, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of TOMMASO BIANCO, Claimant, Respondent, for Compensation to Himself, under the Workmen's Compensation Law, for the Death of LUIGI BIANCO, v. DIANA PAPER COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Employer and Insurer, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by FREDERICKA HAWTHORNE, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

ANNA MANNING, Respondent, v. ELLEN CALLAHAN, Individually, and as Administratrix, etc., Appellant, and Others, Respondents.— Judgment and order unanimously affirmed, with costs. Decision amended so as to read as follows: Judgments and orders unanimously affirmed, with costs against the appellant personally to each of the respondents who appeared and filed briefs.

MERCHANTS' LINE, Appellant, v. WALSH CONSTRUCTION COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, Pursuant to Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9 of Chapter 314 of the Laws of 1906. DAMAGE COMMISSION No. 4. BROWN & SLOSSON, Appellants; HARRY COOKE and Others, Claimants, Respondents.— Order reversed, with ten dollars costs and disbursements to the appellants, on opinion in *Matter of Board of Water Supply* [*Bell*] (179 App. Div. 877), decided herewith. All concurred.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, Pursuant to Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906. DAMAGE COMMISSION No. 4. BROWN & SLOSSON, Appellants; CLAIR BARNES and Others, Claimants, Respondents.— Order reversed, with ten dollars costs and disbursements to the appellants, on opinion in *Matter of Board of Water Supply* [*Bell*] (179 App. Div. 877), decided herewith. All concurred.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF THE

CITY OF NEW YORK, Pursuant to Section 42, Chapter 724, Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906. DAMAGE COMMISSION No. 4. Second Compensation.— Order modified by reducing the compensation of Commissioner Gibson to $2,300 and disbursements, and Commissioner Deyo to $3,000 and disbursements, and as so modified, unanimously affirmed, without costs. All concurred.

In the Matter of the Claim of LAURA A. GORTON, Respondent, for Compensation to Herself and Children under the Workmen's Compensation Law for the Death of WAITE H. GORTON, Deceased Employee, v. EASTMAN KODAK COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNA BECKWITH, Respondent, for Compensation for Herself for the Death of WILLIAM BECKWITH, under the Workmen's Compensation Law, v. BASTIAN BROS. COMPANY, Employer, Appellant, and ROYAL INDEMNITY COMPANY, Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of EVA CHAMPINE and RUTH CHAMPINE, for Compensation under the Workmen's Compensation Law 'for the Death of MOSES CHAMPINE, v. DE GRASSE PAPER COMPANY, Employer; MASSACHUSETTS BONDING AND INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SAMUEL DUBIN, Respondent, for Compensation under the Workmen's Compensation Law, v. JAMES E. HEFFERNAN, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHRISTOPHER FARRELL for Compensation under the Workmen's Compensation Law, v. TERRY & WILLIAMSON STEAMSHIP WORKS, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNA GRANOFSKY, Widow of WOLF GRANOFSKY, Deceased, Respondent, v. BING & BING CONSTRUCTION COMPANY, Employer, and CASUALTY COMPANY OF AMERICA, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GIUSEPPE JUDICE (GIUDICI), Respondent, for Compensation under the Workmen's Compensation Law, v. DEGNON CONTRACTING COMPANY, Employer, Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY E. WOOLLEY, Respondent, Arising Out of the Death of IRVING WOOLLEY, for Compensation under the Workmen's Compensation Law, v. GENEVA CUTLERY COMPANY, Employer, and THE AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.